902

No. 903. UNITED STATES *v.* BEHRENS. C. A. 7th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 783, Misc. HARDY *v.* UNITED STATES. Motions for leave to proceed *in forma pauperis* and to supplement the petition granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *Mozart G. Ratner* for petitioner. *Solicitor General Cox* for the United States.

No. 821. BADGER METER MANUFACTURING Co. *v.* BRENNAN, U. S. ATTORNEY, ET AL. C. A. 7th Cir. Certiorari denied. *Jesse Climenko* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for respondents.

No. 863. MAGNUS, MABEE & REYNARD, INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Boris Kostelanetz* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 900. HENSLEE, PENITENTIARY SUPERINTENDENT, *v.* STEWART. C. A. 8th Cir. Certiorari denied. *Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry,* Assistant Attorney General, for petitioner.